DARIUS G. CROSBY, Respondent, *v.* THE WORKINGMEN'S CO-OPERATIVE ASSOCIATION OF THE UNITED INSURANCE LEAGUE OF NEW YORK, Appellant.

Reported below, 6 App. Div. 440.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, rendered at the June term, 1896, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The motion was made upon the ground that the Appellate Division has unanimously decided that there was evidence supporting or tending to sustain the findings of fact.

*Fettretch, Silkman & Seybel* for motion.

*William B. Donihee* opposed.

Motion denied, with ten dollars costs.